# MINUTE ORDER

Page 12

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 9/16/2020    Time: 1:00 p.m.

Defendant: Miguel Rodriguez    J#: 02422-104    Case #: 14-20017-CR-WILLIAMS
AUSA: Stephen Demanovich    Attorney: AFPD Eric Cohen
Violation: Violation of Supervised Release    Surr/Arrest Date: SUMMONS    YOB:

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond:
Bond Set at: Stip $20K PSB    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: All previous conditions

Language: English

Disposition:
- Deft advised rights
- AFPD appt
- Stip $20K PSB
- AFPD has 7 days to submit bond docs
- All further matters before Judge Williams

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. Zoom-JB-01-9-16-2020    Time in Court: 17 mins

s/Jacqueline Becerra      Magistrate Judge